PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ricky Shaw                                              Cr.: 07-00591-001

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: 10/25/07

Original Offense: Produces/Traffics in Counterfeit Devices

Original Sentence: 24 months probation, financial disclosure, no new debt, restitution $8,479.95, $100 special assessment fee

Type of Supervision: Probation                           Date Supervision Commenced: 10/25/07

### PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 25 hours of community service work per week until gainful employment is secured. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

The offender has failed to gain stable employment since his probation term commenced on October 25, 2007.

Respectfully submitted,
By: Suzanne J. Golda
U.S. Probation Officer
Date: 02/27/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/6/08
Date