PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ricky Shaw                                     Cr.: 07-00591-001
                                                                 PACTS #: 41672

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 10/25/07

Original Offense: Conspiracy to Commit Fraud in Connection With Access Device [18 U.S.C. § 1029 (b)(2)]

Original Sentence: 2 years probation; $8,479.95 restitution; $100 special assessment fee, and special conditions of no new debt, financial disclosure, substance abuse testing, and DNA testing.

Type of Supervision: Probation                    Date Supervision Commenced: 10/25/07

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Shaw's probation term is scheduled to expire on October 24, 2009, and he has an outstanding restitution obligation of $8,029.95. The offender failed to maintain his court-ordered monthly restitution payments of $75, and is currently in arrears for $275 through September 2009. |

U.S. Probation Officer Action: The probation office recommends that the offender's probation term be allowed to expire on October 24, 2009. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of probation.

Respectfully submitted,
By: Suzanne J. Golda
U.S. Probation Officer
Date: 09/28/09

*Please respond with action to be taken:*

[✓] Allow probation to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/9/09
Date